**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7035**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE MATOS ROCHA,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge. (1:99-cr-00326-JAB)

Submitted:  November 6, 2006      Decided:  November 16, 2006

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Matos Rocha, Appellant Pro Se.  Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Matos Rocha appeals the district court's order denying his motion under Fed. R. Crim. P. 36. "Rule 36 authorizes a court to correct only clerical errors in the transcription of judgments." United States v. Werber, 51 F.3d 342, 343 (2d Cir. 1995). Because the district court correctly determined that there was no such clerical error in the transcription of the judgment in this case, the court properly denied Rocha's motion. Finding no error, we affirm on the reasoning of the district court. See United States v. Rocha, No. 1:99-cr-00326-JAB (M.D.N.C. May 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED